O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUNG LINH HOANG, | ) | CASE NO. SA CV 10-01588 RGK (RZ) |
|     Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| GONZALEZ, WARDEN, | ) ) | |
|     Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Amended Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 28, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE